UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAFAR JAFAROV,

                              Plaintiff,

          -v-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,

                            Defendants.

23 Civ. 3372 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court adopts the parties' proposed briefing schedule regarding their anticipated cross-motions for summary judgment:

- August 18, 2023: Dr. Jafarov's motion for summary judgment;

- September 8, 2023: The Government's brief in opposition and cross-motion for summary judgment;

- September 22, 2023: Dr. Jafarov's reply and opposition to the Government's cross-motion for summary judgment;

- October 6, 2023: The Government's reply brief.

SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: August 9, 2023
         New York, New York