**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
DR. JAFAR JAFAROV,

                Plaintiff,                      23 **CIVIL** 3372 (PAE)

    -against-                          **JUDGMENT**

UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,
                Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 5, 2024, the Court grants the Government's motion and denies Jafarov's motion. Judgment is entered in favor of defendants and the case is closed.

**Dated:** New York, New York
            January 8, 2024

                                                    **RUBY J. KRAJICK**
                                                       Clerk of Court

                                  **BY:**
                                                        **Deputy Clerk**